UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL JAMES DeLEON and SHAWNA L. DeLEON,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, N.A. (formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB); NDEX WEST, LLC; and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No.  5:10-cv-01390-LHK<br><br>[Assigned to the Honorable Lucy H. Koh]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE ADR DEADLINE**<br><br>Current Deadline:   October 15, 2010 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the current mediation deadline of October 15, 2010 is hereby continued to December 15, 2010.

Dated: August 24, 2010

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE