UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL JAMES DeLEON and SHAWNA L. DeLEON,<br><br>                    Plaintiffs,<br>        v.<br><br>WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, N.A. (formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB); NDEX WEST, L.L.C.; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.: 10-CV-01390-LHK<br><br>ORDER SETTING EXPEDITED BRIEFING SCHEDULE FOR MOTION TO WITHDRAW |

On September 2, 2010, counsel for Plaintiffs filed a motion to withdraw, to which Plaintiffs have consented. Defendant Wells Fargo has filed a motion to dismiss and a motion to strike in this case, which are scheduled to be heard on October 21, 2010. In order to resolve the motion to withdraw before the October 21 hearing, the Court is setting an expedited briefing schedule for the motion to withdraw.

The Court HEREBY ORDERS Defendants to file a response or a notice of nonopposition to the motion to withdraw by no later than September 13, 2010. If Defendants oppose the motion, Plaintiffs may file a reply by no later than September 16, 2010. As the movant has waived oral

argument, this matter will be decided without hearing, unless the Court subsequently determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
LUCY H. KOH
United States District Judge