UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL JAMES DeLEON and SHAWNA L. DeLEON,<br><br>               Plaintiffs,<br>     v.<br><br>WELLS FARGO BANK, N.A., Successor by Merger to Wells Fargo Bank Southwest, N.A. (formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB); NDEX WEST, L.L.C.; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No.: 10-CV-01390-LHK<br><br>ORDER GRANTING MOTION TO CONTINUE MEDIATION DEADLINE; DIRECTING PLAINTIFFS TO FILE NOTICE OF CHANGE OF ADDRESS |

On November 4, 2010, Defendant Wells Fargo Bank moved to continue the mediation deadline in this action, currently set for December 15, 2010, to March 18, 2011. Plaintiffs have not opposed the motion, and the time for opposition has expired. Civ. L.R. 7-11(b). Accordingly, finding that good cause supports Defendant's request, the Court hereby continues the current mediation deadline to March 18, 2011.

Additionally, because Plaintiff Gabriel DeLeon advised the Court at the motion hearing on October 21, 2010, that he no longer resides at the address on file with the Court, Defendant is ordered to serve this Order on Plaintiffs at the email address Defendant has used to communicate

1

Case No.: 10-CV-01390-LHK
ORDER GRANTING MOTION TO CONTINUE MEDIATION DEADLINE; DIRECTING PLAINTIFFS TO FILE NOTICE OF CHANGE OF ADDRESS

1  with them.  The Court reminds Plaintiffs that they have a duty to promptly notify the Court and all

2  opposing parties of a change in address, and that the Court may dismiss a complaint if mail is

3  returned undeliverable and the Court does not receive a Notice of Change of Address within 60

4  days.  Civ. L.R. 3-11.  Accordingly, Plaintiffs are directed to file a Notice of Change of Address

5  with the Court specifying an address at which the Court and opposing parties may serve documents

6  filed in this case.

7  **IT IS SO ORDERED.**

9  Dated: November 10, 2010

   _____
   LUCY H. KOH
   United States District Judge

2

Case No.: 10-CV-01390-LHK
ORDER GRANTING MOTION TO CONTINUE MEDIATION DEADLINE; DIRECTING PLAINTIFFS TO FILE NOTICE OF CHANGE OF ADDRESS